Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-025933

Attorneys for Plaintiff CECILE GUILLEM

**IT IS SO ORDERED**

Judge Edward J. Davila

8/12/2011

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE GUILLEM,<br><br>            Plaintiff,<br><br>    v.<br><br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA, TRANSAMERICA LIFE INSURANCE COMPANY, ALAN KAISLER-MEZA, M.D., and DOES 1 – 50, inclusive,<br><br>            Defendants. | ) Case No.:  5:11-cv-03217 (EJD)<br>)<br>) PLAINTIFF'S WITHDRAWAL OF HER<br>) *MOTION TO REMAND THE ACTION*<br>) *BACK TO STATE COURT AND REQUEST*<br>) *FOR COSTS AND FEES (28 U.S.C. §1447(c))*<br>)<br>) DATE:     September 23, 2011<br>) TIME:      9:00 a.m.<br>) PLACE:   Ctrm. 1, 5th Floor<br>)                 280 South 1st Street<br>)                 San Jose, CA  95113<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF CECILE GUILLEM herewith withdraws her *Motion to Remand the Action Back to State Court and Request for Costs and Fees.*

Dated:  August 11, 2011                                   **BOURHIS & MANN**


By:___/s/ Lawrence Mann_____
     Ray Bourhis, Esq.
     Lawrence Mann, Esq.
     Attorneys for Plaintiff CECILE GUILLEM

1