1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DONALD P. SULLIVAN (SBN 191080)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California  94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Defendant
   **LIFE INVESTORS INSURANCE COMPANY OF**
6  **AMERICA, and TRANSAMERICA LIFE**
   **INSURANCE COMPANY**
7

8  RAY BOURHIS (SBN 53196)
   LAWRENCE MANN (SBN 83698)
9  **BOURHIS & MANN**
   1050 Battery Street
10 San Francisco, California  94111
   Tel: (415) 392-4660 / Fax: (415) 421-0259
11
   Attorneys for Plaintiff
12 **CECILE GUILLEM**

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

| | |
|---|---|
| CECILE GUILLEM, | CASE NO.  11-cv-3217 EJD |
| Plaintiff, | STIPULTION AND [~~PROPOSED~~] *Follow* ORDER PERMITTING LEAD COUNSEL FOR INSURER DEFENDANTS TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, TRANSAMERICA LIFE INSURANCE COMPANY, ALAN KAISLER-MEZA, M.D., and DOES 1- 50, inclusive, | Date:    September 16, 2011<br>Time:    10:00 a.m.<br>Courtroom: 1, 5th Floor |
| Defendants. | Judge:   The Hon. Edward J. Davila |

Adrienne C. Publicover, lead counsel for Defendants Life Investors Insurance Company of America and Transamerica Life Insurance Company ("Insurer Defendants") will be in Houston, Texas on September 16, 2011, the date set for the Case Management Conference in

1

this case. For this reason, lead counsel for the Insurer Defendants requests permission to participate in the September 16, 2011 Case Management Conference by telephone. Plaintiff's and Co-Defendant's respective counsel consent to this request.

## **STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel of record, that, if the Court allows it, lead counsel for the Insurer Defendants shall be permitted to participate in the September 16, 2011 Case Management Conference in this case by telephone.

Dated: August 19, 2011        BOURHIS & MANN

By /S/ Lawrence Mann
      LAWRENCE MANN
      Attorneys for Plaintiff
      CECILE GUILLEM

Dated: August 19, 2011        WILSON, ELSER, MOSKOVITZ, EDELMAN & DICKER, LLP

By /S/ Donald P. Sullivan
      DONALD P. SULLIVAN
      Attorneys for Defendants
      LIFE INVESTORS INSURANCE COMPANY OF AMERICA AND TRANSAMERICA LIFE INSURANCE COMPANY

Dated: August 19, 2011        THE HINSHAW LAW FIRM

By /S/ Thomas E. Still
      THOMAS E. STILL
      Attorneys for Defendant
      ALLEN KAISLER-MEZA, M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: August 24, 2011

The Hon. Edward J. Davila
United States District Judge