Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff CECILE GUILLEM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE GUILLEM, | Case No.: 5:11-cv-03217 (EJD) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING PLAINTIFF'S COUNSEL'S TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE |
| v. | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, TRANSAMERICA LIFE INSURANCE COMPANY, ALAN KAISLER-MEZA, M.D., and DOES 1 – 50, inclusive, | DATE: September 16, 2011<br>TIME: 10:00 a.m.<br>PLACE: Ctrm. 1, 5th Floor<br>280 South 1st Street<br>San Jose, CA 95113<br>JUDGE: The Hon. Edward J. Davila |
| Defendants. | |

Lawrence Mann, partner at Bourhis & Mann and attorney for Plaintiff, is scheduled to appear at a settlement conference (tentative) in the morning and two case management conferences with Judge Chernus in the afternoon at the Marin County Superior Court on September 16, 2011, the same date set for the Case Management Conference in the above-captioned matter. Therefore, counsel respectfully requests the Court's permission to participate telephonically in the Sept. 16th Case Management Conference. Counsel for all parties have consented to this request.

1

Case No. 5:11-cv-03217 (EJD)
Stipulation and [Proposed] Order Permitting Plaintiff's Counsel's Telephonic Appearance at the Case Management Conference

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that if the Court permits, Lawrence Mann shall be permitted to participate in the September 16, 2011 (10:00 a.m.) Case Management Conference via telephone.

Dated:     August 23, 2011              **BOURHIS & MANN**

By: ___/s/ Lawrence Mann_____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Plaintiff CECILE GUILLEM

Dated:     August 23, 2011              **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: ___/s/ Donald P. Sullivan_____
Donald P. Sullivan
Attorneys for Defendants
LIFE INVESTORS INSURANCE COMPANY OF AMERICA and TRANSAMERICA LIFE INSURANCE COMPANY

Dated:     August 23, 2011              **HINSHAW MARSH STILL & HINSHAW**

By: ___/s/ Thomas E. Still_____
Thomas E. Still
Attorneys for Defendant
ALLEN KAISLER-MEZA, M.D.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Date: August 26, 2011              _____
The Hon. Edward J. Davila
United States District Judge

2

**PROOF OF SERVICE**
United States District Court – Northern District of California
*Guillem v. Life Investors Insurance Company of America, et al.*
Case No. 5:11-cv-03217 (EJD)

I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years, and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On the date executed below, I will serve the following document(s):

**STIPULATION and [PROPOSED] ORDER PERMITTING PLAINTIFF'S COUNSEL'S TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE**

**( X ) (BY ELECTRONIC SERVICE)**: I caused a true and correct copy of the above-noted document to be electronically filed using the Electronic Court Filing ("ECF") system and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF system. I served those parties who are not registered participants of the ECF system as indicated below:

**( ) (BY PERSONAL SERVICE)**: I caused such envelope to be delivered to a commercial messenger service with instructions to hand deliver same to the offices of the addressee(s) below on this date.

**( ) (BY MAIL)** I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**( ) (BY FAX & MAIL)** I caused the document(s) listed above to be served by faxing said document(s) from the fax machine located at 1050 Battery Street, San Francisco, California, (415) 421-0259 to the fax number(s) listed at the location(s) below. The attached report confirms said transmission was completed with no errors and all pages were received. I also placed the document(s) in a sealed envelope(s) with postage thereon fully prepaid and deposited the envelope(s) with the United States Postal Service (as described in service by mail above).

**SERVICE LIST:**

**For Defendant ALAN KAISLER-MEZA, M.D.**

Thomas E. Still, Esq.
HINSHAW MARSH STILL & HINSHAW
12901 Saratoga Avenue
Saratoga, CA  95070
Ph:   (408) 861-6500
Fax: (408) 257-6645
email:   TStill@hinshaw-law.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. I am employed in the office of a member of the bar of this court at whose direction this service was made. Executed on August 23, 2011 in San Francisco, California.

Karen Harris

3