Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff CECILE GUILLEM

*IT IS SO ORDERED*
*Judge Edward J. Davila*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE GUILLEM,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA, TRANSAMERICA LIFE INSURANCE COMPANY, ALAN KAISLER-MEZA, M.D., and DOES 1 - 50, inclusive,<br><br>Defendants. | No. 5:11-cv-03217 (EJD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice as to Defendant ALAN KAISLER-MEZA, M.D., only.

Dated: 02 Sept., 2011    BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Plaintiff CECILE GUILLEM

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE**         Case No. 5:11-cv-03217 (EJD)

Dated: 9-15, 2011         HINSHAW, MARSH, STILL & HINSHAW

By: /s/ Thomas E. Still
THOMAS E. STILL
Attorneys for Defendant
ALAN KAISLER-MEZA, M.D.

Dated: September 15, 2011    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP

By: /s/ Donald P. Sullivan
ADRIENNNE C. PUBLICOVER
DONALD P. SULLIVAN
Attorneys for Defendant
LIFE INVESTORS INSURANCE COMPANY OF AMERICA and TRANSAMERICA LIFE INSURANCE COMPANY