**\*\* E-filed March 30, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECILE GUILLEM,<br><br>  Plaintiff,<br>v.<br><br>LIFE INVESTORS INSURANCE<br>COMPANY OF AMERICA; ET AL.,<br><br>  Defendants. | No. C11-03217 EJD (HRL)<br><br>**ORDER (1) TERMINATING MOTION TO COMPEL; AND (2) DIRECTING COMPLIANCE WITH THIS COURT'S STANDING ORDER RE CIVIL DISCOVERY DISPUTES**<br><br>**[Re: Docket No. 21]** |

Defendants have moved to compel plaintiff's responses and production of documents in response to their second set of requests for document production. Docket No. 21. Discovery matters having been referred to the undersigned for disposition, that motion will be terminated, and the noticed motion hearing is vacated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes, a copy of which is available on the court's website at http://cand.uscourts.gov. Please note that no hearing should be set when filing a Discovery Dispute Joint Report.

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C11-03217 EJD (HRL) Notice will be electronically mailed to:**

2 Lawrence Mann                larry_mann_2000@yahoo.com
Ray Bourhis                    rfbourhis@aol.com
3 Donald Sullivan               Donald.Sullivan@wilsonelser.com
Adrienne Publicover       Adrienne.Publicover@WilsonElser.com
4 Thomas Still                    tstill@hinshaw-law.com

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28