ADRIENNE C. PUBLICOVER (SBN 161432)
DONALD P. SULLIVAN (SBN 191080)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**LIFE INVESTORS INSURANCE COMPANY OF AMERICA, and TRANSAMERICA LIFE INSURANCE COMPANY**

RAY BOURHIS (SBN 53196)
LAWRENCE MANN (SBN 83698)
**BOURHIS & MANN**
1050 Battery Street
San Francisco, California 94111
Tel: (415) 392-4660 / Fax: (415) 421-0259

Attorneys for Plaintiff
**CECILE GUILLEM**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CECILE GUILLEM, | **CASE NO. 11-cv-3217 EJD** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, TRANSAMERICA LIFE INSURANCE COMPANY, ALAN KAISLER-MEZA, M.D., and DOES 1- 50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Cecile Guillem ("Plaintiff"), and Defendants Life Investors Insurance Company of America and Transamerica

Life Insurance Company (collectively, "Defendants"), through their respective attorneys of record, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed with prejudice in its entirety.  Each party to bear its own costs.

**IT IS SO STIPULATED:**

Dated:  January 29, 2013          BOURHIS & MANN

                                  By  /S/ Lawrence Mann
                                       LAWRENCE MANN
                                       Attorneys for Plaintiff
                                       CECILE GUILLEM

Dated:  January 29, 2013          WILSON, ELSER, MOSKOVITZ, EDELMAN &
                                  DICKER, LLP

                                  By  /S/ Donald P. Sullivan
                                       DONALD P. SULLIVAN
                                       Attorneys for Defendants
                                       LIFE INVESTORS INSURANCE
                                       COMPANY OF AMERICA AND
                                       TRANSAMERICA LIFE INSURANCE
                                       COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: 1/31/2013                   _____
                                  The Hon. Edward J. Davila
                                  United States District Judge